# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

**USA,**

    v.                                  **SUMMONS IN A CRIMINAL CASE**

**JANET JOHNSON**

                                    Criminal Number:  **2:14–CR–00044–NBF**

YOU ARE HEREBY SUMMONED to appear for Arraignment and to Post Bond:

PLACE: U. S. Magistrate Judge Maureen P. Kelly
  Courtroom No. 9C , 9th Floor
  Date: 3/20/2014 , Time: 10:00 a.m.
  United States Courthouse
  700 Grant Street
  Pittsburgh, PA 15219

TO ANSWER A(N)

☑ Indictment    ☐ Information    ☐ Other (A Copy of Which Is Enclosed)

YOUR ATTORNEY MUST BE PRESENT.

IF YOU REQUIRE COURT–APPOINTED COUNSEL, YOU MUST APPEAR BEFORE THE DUTY MAGISTRATE JUDGE **BETWEEN 9:00 A.M. AND 3:00 P.M.** SUITE 301, UNITED STATES COURTHOUSE, PITTSBURGH, PA , AT LEAST ONE WEEK PRIOR TO THE SCHEDULED ARRAIGNMENT SO THAT AN APPLICATION FOR THE APPOINTMENT OF COUNSEL MAY BE MADE, AND COUNSEL SECURED IN TIME TO BE PRESENT AT THE ARRAIGNMENT.

**YOU MUST ALSO CALL PRETRIAL SERVICES AT 1–800–366–0207.**

| jv | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Office |
| | **2/26/14**       **Pittsburgh** |
| Signature of Issuing Officer | Date and Location |