# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

USA,

v.  **SUMMONS IN A CRIMINAL CASE**

**JANET JOHNSON**

Criminal Number: **2:14-CR-00044-NBF**

YOU ARE HEREBY SUMMONED to appear for Arraignment and to Post Bond:

PLACE: U. S. Magistrate Judge Maureen P. Kelly
  Courtroom No. 9C , 9th Floor
  Date: 3/20/2014 , Time: 10:00 a.m.
  United States Courthouse
  700 Grant Street
  Pittsburgh, PA 15219

**FILED**

MAR 3 1 2014

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

TO ANSWER A(N)

✓ Indictment    ☐ Information    ☐ Other (A Copy of Which Is Enclosed)

YOUR ATTORNEY MUST BE PRESENT.

IF YOU REQUIRE COURT-APPOINTED COUNSEL, YOU MUST APPEAR BEFORE THE DUTY MAGISTRATE JUDGE **BETWEEN 9:00 A.M. AND 3:00 P.M.** SUITE 301, UNITED STATES COURTHOUSE, PITTSBURGH, PA , AT LEAST ONE WEEK PRIOR TO THE SCHEDULED ARRAIGNMENT SO THAT AN APPLICATION FOR THE APPOINTMENT OF COUNSEL MAY BE MADE, AND COUNSEL SECURED IN TIME TO BE PRESENT AT THE ARRAIGNMENT.

**YOU MUST ALSO CALL PRETRIAL SERVICES AT 1-800-366-0207.**

jv
Name of Issuing Officer

*Joseph W. Ventrone* (signature)
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Office

2/26/14          Pittsburgh
Date and Location

2. Article Number

7196 9008 9111 7235 5198

3. Service Type **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Janet Johnson
911 Roy Street
North Braddock, PA 15104

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) J JOHNSON

B. Date of Delivery 2-28-14

C. Signature

X [illegible] ☐ Agent ☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

**Reference Information**

sum

djp

PS Form 3811, January 2005 Domestic Return Receipt