IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) ) ) ) ) ) ) ) ) | Criminal No. 14-43 |
| JANET JOHNSON, Defendant. | | |

## CHANGE OF PLEA

AND NOW, the Defendant, Janet Johnson, in the above entitled case hereby withdraws her plea of NOT GUILTY entered March 20, 2014, and now pleads GUILTY to Count 1, in open court this 21st day of July, 2014.

_____
Defendant

_____
Attorney