# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.        ) | Criminal No. 14-44 |
| ) | |
| JANET JOHNSON,   ) | |
| ) | |
| Defendant.  ) | |

**HEARING ON   - SENTENCING**

Before Judge Nora Barry Fischer

James R. Wilson, AUSA            W. Penn Hackney, AFPD
Appear for USA                   Appear for Defendant

Probation – Angelica D. Banta

Hearing begun    1/9/15 at 11:28 a.m.     Hearing adjourned to _____

Hearing concluded  1/9/15 at 11:58 p.m.   Stenographer : J. Kienzle
                                          Clerk: J. Galovich

**WITNESSES:**

For Government                              For Defendant

Court details background of case;   Oath administered to defendant;   Court asks defendant questions re: Presentence Report, Addendum & Tentative Findings, defendant answers & understands;   Court remarks on Guidelines and pertinent Supreme Court & Circuit Court decisions;   Court notes that parties have no further objections to Presentence Report;   Court adopts the Presentence Report & addendum, except as otherwise set forth in the Court's Tentative Findings & Rulings;   Court adopts its Tentative Findings & Rulings as its Initial Findings and Rulings;   Court comments on defendant's Sentencing Memorandum [30];   Court hears counsel positions regarding aspects of Sentence;   Sentence Imposed: The defendant is hereby sentenced to Probation for a term of five (5) years   w/standard and additional conditions; Restitution ordered in the amount of $58,000.00 (Interest waived) (payment details stated more fully in Judgment);   Fine waived;   $100.00 Special Assessment, due immediately;   Court states its reasons for imposition of Sentence;   Court advises defendant of appeal rights.