IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America                )
                                        )
    vs.                              )   Criminal Number **14-44-001**
                                        )
**JANET JOHNSON**                       )

The above named defendant satisfied the judgment of **JANUARY 09, 2015**
by paying on **JUNE 08, 2015** the full balance due on court ordered:


        ____X___ASSESSMENT

        _____FINE

        _____COST

        _____OTHER


The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.


_____     06-18-2015
Deputy Clerk                         Date